IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff/Respondent,**

v.                                         No. CV 13-1152 WJ/LAM
                                                CR 13-192 WJ

**GILBERTO CHAIREZ-ZAMORA,**

      **Defendant/Movant.**

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

      **THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 16)*, filed on August 26, 2014. No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 16)*, deny Defendant/Movant's § 2255 Motion [*Doc. 1*], and dismiss this case with prejudice.

      **IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 16)* are **ADOPTED** by the Court.

      **IT IS FURTHER ORDERED** that Defendant/Movant's § 2255 Motion [*Doc. 1*] is **DENIED**.

      **IT IS FURTHER ORDERED** that this case be **DISMISSED WITH PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**